**Order filed, June 26, 2018.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-18-00516-CV**
_____

**KEITH JANNISE, COWBOY'S MOBILE HOMES, INC., AND COWBOY'S MOBILE HOME MOVERS, INC., Appellant**

**V.**

**ENTERPRISE PRODUCTS OPERATING LLC, ENTERPRISE TX PRODUCTS PIPELINE COMPANY LLC AND GROVES RGP PIPELINE LLC, Appellee**

---

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV27447**

---

## ORDER

The reporter's record in this case was due May 29, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter for the 344th District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM